*E-FILED - 3/24/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTO URIETA, | ) | No. C 07-0137 RMW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| BEN CURRY, Warden, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the Governor's reversal of parole suitability by the California Board of Parole Hearings ("Board") on February 25, 2005.

Petitioner had another case, Urieta v. Curry, Case No. C 07-3935 RMW (PR) (2007), in which he challenged a subsequent September 29, 2005 Board suitability hearing and denial. On October 13, 2009, the court granted petitioner's petition for writ of habeas corpus in C 07-3935. Because petitioner has now been released on parole, the underlying petition for a writ of habeas corpus is DISMISSED as moot. See Burnett v. Lampert, 432 F.3d 996, 999-1001 (9th Cir. 2005) (claim moot if injury cannot be redressed by court action); Fendler v. United States Bureau of Prisons, 846 F.2d 550, 555 (9th Cir. 1988) (habeas challenge to denial of parole will become

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.07\Urieta137dis.moot.wpd

1  moot if petitioner is released on parole before court considers petition).

2  IT IS SO ORDERED.

3  DATED: 3/23/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge