*E-FILED - 3/24/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTO URIETA, | ) | No. C 07-0137 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| BEN CURRY, Warden, | ) | |
| Respondent. | ) | |

The court having entered a ruling today dismissing the petition for a writ of habeas corpus as moot, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

IT IS SO ORDERED.

DATED: 3/23/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.07\Urieta137jud.wpd